**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ARELIS CHÉVEREZ DÍAZ, personally and on behalf of her minor son, A.S.C., <br><br>    Plaintiffs <br><br>        v. <br><br> DEPARTMENT OF EDUCATION OF PUERTO RICO, and the COMMONWEALTH OF PUERTO RICO, <br><br>    Defendants | Civil No. 22-1412 (RAM) |

**JUDGMENT**

On October 28, 2022, Plaintiffs filed an Informative Motion Regarding Confidential Settlement Agreement (Docket No. 12). In accordance with the Order entered today (Docket No. 16), judgment is entered **DISMISSING** this action **WITH PREJUDICE** in its entirety.

The Court will retain jurisdiction for enforcement purposes.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 2nd day of November 2022.

                              s/Raúl M. Arias-Marxuach
                              RAÚL M. ARIAS-MARXUACH
                              UNITED STATES DISTRICT JUDGE